BARBARA SCHEIR, as Administratrix of the Estate of JOSEPH
SCHEIR, Deceased, Appellant, *v.* WILLIAM C. A. QUIRIN,
Respondent.

*Scheir* v. *Quirin,* 77 App. Div. 624, affirmed.
(Argued January 12, 1904; decided January 29, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 2, 1902, which reversed a judgment in favor of
plaintiff entered upon a verdict and an order denying a motion
for a new trial.

*Willis L. Parker* for appellant.

*Fred L. Eaton* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and CULLEN, JJ.

---

JOHN KINSEY, Appellant, *v.* CITY OF NEW YORK, Respondent.

*Kinsey* v. *City of New York,* 75 App. Div. 262, reversed.
(Argued January 13, 1904; decided January 29, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 14, 1902, affirming a judgment in favor of plaintiff
entered upon a verdict.

*George Wallace* for appellant.

*George L. Rives, Corporation Counsel (James D. Bell* and
*James McKeen* of counsel), for respondent.

Judgment reversed and new trial granted, costs to abide
event, on authority of *Reisert* v. *City of New York* (174
N. Y. 196).

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MAR-
TIN and CULLEN, JJ. Not voting: O'BRIEN, J.